STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
JERMAINE EARNEST

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 4-14-71233 MAG |
|---|---|
| PLAINTIFF, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [~~PROPOSED~~] ORDER |
| v. | |
| JERMAINE EARNEST, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the detention hearing date of October 17, 2014 presently scheduled at 9:30 a.m., before the Hon. Donna Kandis Westmore, be vacated and re-set for October 22, 2014, at 9:30 a.m., before the Oakland Duty Magistrate, for detention hearing.

The requested continuance is necessary because defense counsel is conducting ongoing investigation regarding potential sureties for Mr. Earnest. Defense counsel is also still reviewing discovery in this matter.

The parties agree and stipulate that the time until October 22, 2014 should be excluded,

CR 4-14-71233 MAG
Stip. to Cont. & Exclusion of Time; [Proposed] Order

1

under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. For these same reasons, the defendant also agrees to waive time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) and (d), through October 22, 2014.

DATED: October 16, 2014           /S/
                                  Ellen V. Leonida
                                  Assistant Federal Public Defender
                                  Counsel for Defendant JERMAINE EARNEST

DATED: October 16, 2014           /S/
                                  Brigid Martin
                                  Assistant United States Attorney

CR 4-14-71233 MAG
Stip. to Cont. & Exclusion of Time; [Proposed] Order

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 22, 2014 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until October 22, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that time is excluded under 18 U.S.C. 3161(b) and waived with the consent of the defendant under Federal Rule of Criminal Procedure 5.1(c) and (d), through October 22, 2014.

DATED: 10/16/14

_Kandis Westmore_
HON. KANDIS WESTMORE
United States Magistrate Judge

CR 4-14-71233 MAG
Stip. to Cont. & Exclusion of Time; [Proposed] Order