STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
JERMAINE EARNEST

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JERMAINE EARNEST, Defendant. | CR 14-529 STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [~~PROPOSED~~] ORDER |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties to this action, that the detention hearing date of October 22, 2014 presently scheduled at 9:30 a.m., before the Hon. Donna Kandis Westmore, be vacated and re-set for October 28, 2014, at 9:30 a.m., before the Oakland Duty Magistrate, for detention hearing.

The requested continuance is necessary because defense counsel is conducting ongoing investigation regarding potential sureties for Mr. Earnest. Defense counsel is also still reviewing discovery in this matter.

The parties agree and stipulate that the time until October 28, 2014 should be excluded,

under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. For these same reasons, the defendant also agrees to waive time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(c) and (d), through October 28, 2014.

DATED: October 21, 2014

/S/
Ellen V. Leonida
Assistant Federal Public Defender
Counsel for Defendant JERMAINE EARNEST

DATED: October 21, 2014

/S/
Brigid Martin
Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to October 28, 2014 at 9:30 a.m., before the Oakland Duty Magistrate. Time is excluded until October 28, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED that time is excluded under 18 U.S.C. 3161(b) and waived with the consent of the defendant under Federal Rule of Criminal Procedure 5.1(c) and (d), through October 28, 2014.

DATED: 10/21/14

Kandis Westmore
HON. KANDIS WESTMORE
United States Magistrate Judge