| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | BRIGID S. MARTIN (CABN 231705)<br>Assistant United States Attorney |
| 5 |     1301 Clay Street, Suite 340S<br>    Oakland, California 94612 |
| 6 |     Telephone: (510) 637-3680<br>    FAX: (510) 637-3724 |
| 7 |     Brigid.Martin@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-00529 PJH |
|     Plaintiff, | ) | NOTICE OF DISMISSAL AND ORDER |
| v. | ) | |
| JERMAINE EARNEST, | ) | |
|     Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the Indictment returned against the defendant in the above-captioned matter. This federal charge has been realleged along with other charges against this defendant, as well as other defendants in a Superseding Indictment

//

NOTICE OF DISMISSAL
CR 14-00529 PJH

returned in case CR 12-00574 PJH, United States v. Dionte Houff, Houston Nathaniel III, John Daniels, and Jermaine Earnest.

DATED: June 23, 2015                    Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney


                                        DAVID R. CALLAWAY
                                        Chief, Criminal Division


                                        _____
                                        BRIGID S. MARTIN
                                        Assistant United States Attorney


# [~~PROPOSED~~] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned Indictment.

Date: 6/24/15                           _____
                                        HON. PHYLLIS J. HAMILTON
                                        United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

NOTICE OF DISMISSAL
CR 14-00529 PJH